IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. '09 - CV - 01109 *BnB*

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

MAY 1 4 2009

GREGORY C. LANGHAM
CLERK

CHRISTOPHER WHEELER,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted an Application to Proceed In Forma Pauperis by a
Prisoner, a Complaint, and a Memorandum to Support Complaint.  As part of the court's
review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted
documents are deficient as described in this order.  Notwithstanding the deficiencies,
the clerk of the court will be directed to commence a civil action.  Plaintiff will be
directed to cure the following if he wishes to pursue his claims.  Any papers which the
Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application

(9)    __    An original and a copy have not been received by the court.
              Only an original has been received.
(10)   __    other:_____.

**Complaint, Petition or Application**:
(11)   __    is not submitted
(12)   X     is not on proper form (must use the court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court.  Only an
              original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been
              received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form(s): Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _12th_ day of _May_____, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '09 - CV - 01109

Christopher Wheeler
Reg No. 56335-054
US Penitentiary Atwater
P.O. Box 01900
Atwater, CA 95301

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on _5/14/09_

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk