IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01109-BNB

CHRISTOPHER MICHAEL WHEELER,

    Plaintiff,

v.

LT. MCKINNY, and
FEDERAL BUREAU OF PRISONS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2009

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING 28 U.S.C. § 1915 MOTION
WITHOUT PAYMENT OF AN INITIAL PARTIAL FILING FEE

---

Plaintiff, Christopher Michael Wheeler, has filed *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On June 18, 2009, the court issued an Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 whereby plaintiff was required to pay an initial partial filing fee of $13.00 pursuant to § 1915(b)(1). On July 9, 2009, plaintiff filed an updated financial statement to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. After further review by this court and based on the additional information about plaintiff's financial status, the court finds that Mr. Wheeler is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Wheeler may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Wheeler remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on May 28, 2009, is granted without payment of an initial partial filing fee. It is

FURTHER ORDERED that Mr. Wheeler may proceed in this action without payment of an initial partial filing fee. Mr. Wheeler remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. Wheeler shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Wheeler is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Wheeler must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Wheeler fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 14th day of July, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01109-BNB

Christopher Wheeler
Reg No. 56335-054
USP - Atwater
P.O. Box 01900
Atwater, CA 95301

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/14/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk