IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01109-BNB

CHRISTOPHER MICHAEL WHEELER,

    Plaintiff,

v.

LT. McKINNY, and
FBOP,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2009

GREGORY C. LANGHAM

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Christopher Michael Wheeler is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the United States Penitentiary in Atwater, California. On May 28, 2009, Mr. Wheeler submitted to the Court a Prisoner Complaint alleging a violation of his constitutional rights. Mr. Wheeler asserts that while he was housed at the federal prison in Florence, Colorado, Defendant Lieutenant McKinny failed to protect him against another inmate when he knowingly placed Mr. Wheeler in the same cell with a gang-affiliated inmate. Mr. Wheeler further asserts that as a result he was kicked by the other inmate in the face and head causing numerous injuries. Mr. Wheeler seeks money damages.

With respect to the claims asserted against Defendant McKinny, the action will be drawn to a district judge and to a magistrate judge.

As for Defendant BOP, Mr. Wheeler may not sue the BOP for damages in a *Bivens* action. The United States has not waived sovereign immunity for itself or its agencies under *Bivens* for constitutional tort claims. *FDIC v. Meyer*, 510 U.S. 471, 486 (1994); *Chapoose v. Hodel*, 831 F.2d 931, 935 (10th Cir. 1987). Therefore, the money damages claim asserted pursuant to *Bivens* against the BOP is barred by sovereign immunity and must be dismissed, because Mr. Wheeler seeks monetary relief against a defendant that is immune from such relief. Accordingly, it is

ORDERED that Defendant United States Bureau of Prisons is dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendant United States Bureau of Prisons from the docketing record as a party to this action. It is

FURTHER ORDERED that the claim asserted against Defendant Lieutenant McKinny shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 22 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01109-BNB

Christopher Wheeler
Reg No. 56335-054
USP - Atwater
P.O. Box 01900
Atwater, CA 95301

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/23/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk