**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01109-CMA-KMT

CHRISTOPHER MICHAEL WHEELER,

    Plaintiff,

v.

LT. MCKINNY,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 21, 2010 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and (b)(6) (Doc. # 30), filed September 28, 2009. The Motion was referred to Magistrate Judge Kathleen M. Tafoya for a Recommendation by Order of Reference dated September 28, 2009. Magistrate Judge Tafoya issued a Recommendation on January 21, 2010 that the above-referenced motion be granted. (Recommendation at 12.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Recommendation at 13.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Tafoya is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). I agree that the above-referenced Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and (b)(6) should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. # 34), filed January 21, 2010, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and (b)(6) (Doc. # 30) filed September 28, 2009 is GRANTED.

IT IS FURTHER ORDERED this complaint and civil action are DISMISSED WITH PREJUDICE.

DATED: March __18__, 2010

BY THE COURT:

_/s/ Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge